UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIMON BOLIVAR LEON,

                Plaintiff,

-v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

20 CIVIL 10873 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 19, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing; consider the treatment records from Theradynamics Physical Therapy Rehab; further evaluate the medical opinions of record; and, issue a new decision.

**Dated:** New York, New York
       October 19, 2021

                                          RUBY J. KRAJICK

                                          Clerk of Court
                BY:
                                          Deputy Clerk